Chicago Blower Corporation, Appellant, v. Ronan Corporation and Devon-North Town State Bank, Appellees.

Gen. No. 44,743.

Rockey & Rockey, for appellant; Loren Bush Rockey, of counsel; Julius E. Solomon, for appellee. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full. Opinion filed March 8, 1950; released for publication April 3, 1950.